UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
E.L.,                                                          :

                               Plaintiff,                           :

                            -v-                                            :
                                                                 :          24 Civ. 8776 (JPC)
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
et al.,                                                          :                <u>ORDER</u>

                            Defendants.                     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On March 13, 2025, the Court extended Defendants' time to respond to the Complaint to March 26, 2025. Dkt. 9. Defendants' deadline to respond to the Complaint has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until April 3, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by April 10, 2025.

        SO ORDERED.

Dated: March 27, 2025
           New York, New York                      _____
                                                                     JOHN P. CRONAN
                                                               United States District Judge